UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTHA A. MIONI,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 3:14-cv-05351-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES PURSUANT TO 28 U.S.C. § 2412 |

ORDER

Based upon the request of the plaintiff, for which there is no opposition, it is hereby:

Ordered, Adjudged, and Decreed that the plaintiff shall have a judgment against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq*. in the amount of $6,538.06 for attorney's fees, and expenses in the sum of $19.47 for service of the summons and complaint in this matter, for a total award of $6,557.53 .

It is further:

Order, Adjudged, and Decreed that in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2010 U.S. LEXIS 4763 at ***6-***7 (2010), plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See Id*. If it is determined that the plaintiff's EAJA award is not the subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for the EAJA fees

ORDER - 1

and expenses shall be made payable to and mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

DATED this 9th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 2